NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONTENT SQUARE ISRAEL LTD., fka Clicktale Ltd.,**

*Appellant*

**v.**

**DECIBEL INSIGHT, LTD., DECIBEL INSIGHT, INC.,**

*Cross-Appellants*

---

2023-1014, 2023-1067

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00530.

---

**ON MOTION**

---

**O R D E R**

The parties submit a "Joint Stipulation to Voluntarily Dismiss Appeals Pursuant to Fed. R. App. P. 42(b)," which the court treats as a joint motion to dismiss these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

2 CONTENT SQUARE ISRAEL LTD. V. DECIBEL INSIGHT, LTD.

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear their own costs.

FOR THE COURT

February 23, 2023
  Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** February 23, 2023